UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTERSCOPE RECORDS, et al.,

JUDGMENT
05-CV- 1546 (DGT)

Plaintiffs,

-against-

DENISE PADILLA,

Defendant.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 30 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on March 28, 2006, directing the entry of judgment and Permanent Injunction based on Stipulation ; and ordering that defendant pay plaintiffs $3,285.00 and costs in the amount of $315.00; it is

ORDERED and ADJUDGED that judgment and Permanent Injunction is hereby entered based on Stipulation; and that defendant, Denise Padilla pay plaintiffs, Interscope Records, et al., $3,285.00 and costs in the amount of $315.00.

Dated: Brooklyn, New York
       March 29, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court